**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

THOMAS H. KIRKLAND, SR.,
    *Petitioner-Appellant,*

v.

JAY J. CLARK, Superintendent,
    *Respondent-Appellee.*

No. 00-7172

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Graham C. Mullen, Chief District Judge.
(CA-00-224)

Submitted: November 14, 2000

Decided: December 22, 2000

Before LUTTIG and TRAXLER, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

**COUNSEL**

Thomas H. Kirkland, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Thomas H. Kirkland, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). The district court found Kirkland's habeas petition untimely. In light of the time the statute of limitations under the Antiterrorism and Effective Death Penalty Act was tolled during the pendency of state motions for appropriate relief, we find the habeas petition to be timely.

Because we conclude Kirkland's petition was timely filed, we evaluate his claims under the standard articulated in *Slack v. McDaniel*, 120 S. Ct. 1595, 1604 (2000). Under *Slack*, when the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claims, as the court did in Kirkland's case, we may issue a certificate of appealability permitting an appeal of the district court's order if the petitioner demonstrates "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* Because we conclude that jurists of reason would not find it debatable that Kirkland has not alleged a valid claim of the denial of a constitutional right, we deny a certificate of appealability and dismiss Kirkland's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*